UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:26-cr-00102-CEH-LSG

ALEN ZHENG

## MOTION TO UNSEAL INDICTMENT

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, moves this court to unseal the Indictment and

Arrest Warrant filed in the instant case.

The United States initially requested the sealing of this filing on March 25,

2026, in order to safeguard from public scrutiny certain sensitive information which

would come to light were the proceedings to become public knowledge. Unsealing

the Indictment is warranted in order for the United States to disclose the Indictment

and Arrest Warrant to government personnel as necessary to assist in the

apprehension and return of the Defendant to the United States.

Dated this 26ᵗʰ day of March, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:     /s/ Lauren Stoia
        Lauren Stoia
        Assistant United States Attorney
        United States Attorney No. 201
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Lauren.Stoia@usdoj.gov

2