UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 8:26-cr-00102-CEH-LSG

ALEN ZHENG

## **ORDER**

This matter before the Court is the government's In Camera motion to unseal

Indictment and Arrest Warrant, in the instant case.

It is hereby ORDERED that the Indictment and Arrest Warrant, in the instant

case, be UNSEALED.

DONE AND ORDERED in Chambers at Tampa, Florida, this 4e day of

March, 2026.

HON. CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:    Lauren Stoia
              Assistant United States Attorney